### 20329. MOODY v. THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and the only assignment of error in the bill of exceptions is upon the overruling of the motion for a new trial, which contained the usual general grounds only. *Judgment affirmed. Bloodworth, J., concurs. Luke, J., dissents.*

DECIDED APRIL 16, 1930.

*H. J. Lawrence,* for plaintiff in error.
*Wade H. Watson, solicitor,* contra.